UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR ASSAULTING A FEDERAL OFFICER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| *versus* | : | |
| EVODIO MERIDA-TAVERA | : | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b) |

**THE GRAND JURY CHARGES:**

On or about December 11, 2025, in the Middle District of Louisiana, **EVODIO MERIDA-TAVERA**, the defendant herein, while using a deadly and dangerous weapon, that is, an motor vehicle, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Agent-1 and Agent-2, officers and employees of the United States Border Patrol, while they were engaged in the performance of their official duties.

The above is a violation of Title 18, United States Code, Section 111(a)(1) and (b).

UNITED STATES OF AMERICA, BY

*[signature]*

KURT WALL
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

JEREMY S. JOHNSON
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

December 17, 2025

DATE