## FEDERAL PUBLIC DEFENDER
### MIDDLE and WESTERN DISTRICTS OF LOUISIANA
**BATON ROUGE BRANCH OFFICE**
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
Telephone (225) 382-2118, Fax (225) 382-2119

**Cristie Gautreaux Gibbens**
**Interim Federal Public Defender**

**Marci Blaize**
**Assistant Federal Public Defender**

**Karl E. Ludwig**
**Assistant Federal Public Defender**

January 5, 2026

Jeremy S. Johnson
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801-1712

Re:   *United States of America v. Evodio Merida-Tavera*
      Criminal No. 25-181-JWD-EWD

Dear Mr. Johnson:

On behalf of Evodio Merida-Tavera, I am requesting that you provide me with the following:

### STATEMENTS OF DEFENDANT

Any relevant written or recorded statements made by Evodio Merida-Tavera, or copies thereof, within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government. Rule 16(a)(1)(B), Federal Rules of Criminal Procedure.

The substance of any oral statement which the Government intends to offer in evidence at trial, made by Evodio Merida-Tavera, whether before or after arrest and/or indictment, in response to interrogation by persons then known to Evodio Merida-Tavera to be government agents. Rule 16(a)(1)(A), Federal Rules of Criminal Procedure.

### DEFENDANT'S PRIOR RECORD

A copy of Evodio Merida-Tavera's prior criminal record, if any, that is within the possession, custody, or control of the Government, the existence of which is known, or by the

exercise of due diligence may become known, to the attorney for the Government. Rule 16(a)(1)(D), Federal Rules of Criminal Procedure.

## DOCUMENTS OR TANGIBLE OBJECTS

Evodio Merida-Tavera requests that the Government permit his counsel to inspect and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or copies, or portions thereof, which are within the possession, custody or control of the Government, and which are material to the preparation of his defense or are intended for use by the Government as evidence in chief at trial, or were obtained from or belonging to him. Rule 16(a)(1)(E), Federal Rules of Criminal Procedure.

## REPORTS OF EXAMINATIONS OR TESTS

Evodio Merida-Tavera requests that the Government permit his counsel to inspect and copy or photograph any results of reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government, and which are material to the preparation of his defense or are intended for use by the Government as evidence in chief at trial. Rule 16(a)(1)(F), Federal Rules of Criminal Procedure.

## EXPERT WITNESSES

Evodio Merida-Tavera requests that the Government provide a written summary of testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications. Rule 16(a)(1)(G), Federal Rules of Criminal Procedure.

## WITNESSES STATEMENTS

Evodio Merida-Tavera requests that in accordance with Federal Rule of Criminal Procedure 26.2, that after Government witnesses have testified on direct examination at any hearing on this matter, including trial, the court orders the attorney for the Government to produce, for his examination and use, any statement of the Government witness that is in the Government's possession and that relates to the subject matter concerning which the witness has testified.

## *JENCKS* ACT

Evodio Merida-Tavera further requests that in accordance with 18 U.S.C. § 3500, the Government produce any statement of any Government witness in the possession of the Government which relates to the subject matter as to which that Government witness has testified.

## EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS

Evodio Merida-Tavera requests that the Government provide him reasonable notice, in advance of the trial, of the general nature of any 404(b) evidence the Government intends to produce at trial.

## EXCULPATORY EVIDENCE

Evodio Merida-Tavera requests that the Government provide him with any evidence that is favorable to him or material to the issue of guilt or punishment and the substance of any plea agreements or promises of leniency made by the Government to any witness for the Government. *Brady v. Maryland*, 373 U. S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), *Giglio v. U. S.*, 405 U. S. 150, 92 S.Ct. 763, 31 L.Ed.2d 104 (1972) and *Kyles v. Whitley,* 514 U. S. 419, 115 S.Ct. 1555, 131 L.Ed.2d 490 (1995).

## CRIMINAL RECORD OF GOVERNMENT WITNESSES, INCLUDING INFORMANT

Evodio Merida-Tavera requests that the Government provide him with a copy of the Criminal record of any witness for the Government. *U. S. v. Auten,* 632 F.2d 478 (5th Cir. 1980).

## ADMISSIONS

Evodio Merida-Tavera requests any statements that the Government intends to introduce pursuant to Federal Rule of Evidence 801(d)(2).

## VIDEO TAPES OR OTHER PHOTOGRAPHIC EVIDENCE

Evodio Merida-Tavera specifically requests copies of any videos, dash cam videos, photographs or any other recordings of any kind that pertain to any matters related to the stop, arrest, interrogation or anything relating to this indictment. Evodio Merida-Tavera requests a specific response in writing to this discovery request.

Sincerely,

/s/ Karl E. Ludwig
**Karl E. Ludwig La. Bar No. 36137**
Assistant Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225) 382-2118 (Phone)
(225) 382-2119(Fax)
Karl_Ludwig@fd.org