# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 25-181-JWD-EWD |
| | : | |
| EVODIO MERIDA-TAVERA | : | |

### UNITED STATES' MOTION TO CONTINUE TRIAL, PRE-TRIAL CONFERENCE, AND PRE-TRIAL DEADLINES

NOW INTO COURT comes the United States of America, by Kurt Wall, United States Attorney for the Middle District of Louisiana, through Jeremy S. Johnson and Edward H. Warner, Assistant United States Attorneys, and Allen L. Ross, Special Assistant United States Attorney, who moves the Court for a continuance of the defendant's trial, pre-trial conference, and pre-trial deadlines in this matter for the following reasons:

1.

This matter is currently set for trial on March 4, 2026.

2.

This matter involves video content and a substantial amount of recorded jail calls made by the defendant in the Spanish language. Specifically, the parties are in possession of video recordings and considerable audio in the Spanish language that require careful review, transcription, and translation prior to their anticipated use at trial. One portion of the jail calls are from West Baton Rouge Parish and contain a *463-page* Spanish language transcription of the jail calls from that facility. Moreover, some of these audio recordings include (i) several references to additional evidence concerning the events alleged in the indictment—including the existence of "videos" of the incident that are in the possession of the defendant and/or the

defendant's associates; and (ii) statements and admissions by the defendant regarding his conduct alleged in the Indictment. In addition, the United States anticipates the potential need for an authentication hearing and motions practice concerning the use of these Spanish language audio and video recordings at trial.

3.

This matter also involves unique questions of fact and law. The parties have already discussed legal issues and case law that the parties may wish to brief for the Court's consideration in anticipation of this trial.

4.

The parties are in possession of voluminous financial and employment records concerning the defendant's illegal status in the United States and his potential use of fraudulent documents/SSNs. The parties have discussed the United States' continued investigation into the full scope of the defendant's alleged criminal conduct—which is ongoing.

5.

Lastly, Assistant United States Attorney Jeremy S. Johnson has a previously scheduled and conflicting trial in *United States v. Richard J. Ware*, Criminal No. 25-59-SDD-RLB, set on March 2, 2026. Conversations with the defense counsel in that case reveal that a plea is likely, or a motion for continuance. However, as it stands, the trial date and related deadlines remain in effect.

6.

Despite these issues, defense counsel John McLindon opposes the continuance. Nonetheless, the United States has conferred with defense counsel, John McLindon, regarding a continuance, and mutually available options include the week of April 27, 2026, and the

week of May 26, 2026.  The week of May 26th was defense counsel's preference. The United States is also available any date during the month of June, subject to the Court's availability.

7.

A continuance is necessary to ensure that the parties are adequately prepared, that evidentiary issues are properly resolved in advance of trial, and that the interests of justice are served.  To justify a continuance under 18 U.S.C. § 3161(h)(7)(B), the United States submits that a failure to grant the requested additional time would result in the following:

- "would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice…," in accordance with 18 U.S.C. § 3161(h)(7)(B)(i); and

- would "deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence…," in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

The United States further submits that, because of the nature of the prosecution, and the existence of novel questions of fact or law, "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section," in accordance with 18 U.S.C. § 3161(h)(7)(B)(ii).

WHEREFORE the United States requests that the Court continue the trial currently set for March 4, 2026, the pre-trial conference scheduled for February 24, 2026, and any related deadlines.

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Jeremy S. Johnson
Jeremy S. Johnson, TXBN 24094755
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: jeremy.johnson@usdoj.gov

/s/ Edward H. Warner
Edward H. Warner, LBN 35580
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: edward.warner@usdoj.gov

/s/ Allen L. Ross
Allen L. Ross, LBN 36654
Special Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: allen.ross@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 25-181-JWD-EWD |
| | : | |
| EVODIO MERIDA-TAVERA | : | |

## **ORDER**

Considering the *United States' Motion to Continue Trial, Pre-Trial Conference, and Pre-Trial Deadlines*, in which the United States requests a continuance of the current trial scheduled to begin on March 4, 2026, the pre-trial conference scheduled for February 24, 2026, and all applicable pre-trial deadlines to allow the parties adequate time to prepare,

**IT IS ORDERED** that United States' Motion be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the trial in the above-captioned matter be continued from March 4, 2026 to _____.

**DATED AND SO ORDERED** this _____ day of February 2026, at Baton Rouge, Louisiana.

HONORABLE JOHN W. deGRAVELLES
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA