UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 25-181-JWD-EWD |
| | : | |
| EVODIO MERIDA-TAVERA | : | |

**UNOPPOSED MOTION TO STAY PRE-TRIAL DEADLINES
PENDING RESOLUTION OF UNITED STATES' MOTION TO CONTINUE**

NOW COMES, the United States of America, by Kurt Wall, United States Attorney for the Middle District of Louisiana, through the undersigned Assistant United States Attorney, who moves the Court as follows:

1.

On December 17, 2025, Evodio Merida-Tavera, the defendant, was indicted for violating 18 U.S.C. § 111(a)(1) and (b). Subsequently, this case was set for a jury trial on the date of March 4, 2026. *See* Rec. Doc. 7. On February 12, 2026, the United States filed an opposed Motion to Continue the trial date that is set for March 4, 2026. On February 13, 2026, a briefing schedule related to the Motion to Continue was ordered. *See* Rec. Doc. 19. The opposition is due on February 18, 2026, and any reply is due on February 19, 2026.

2.

However, with the trial scheduled for March 4, 2026, proposed jury instructions, and requested voir dire questions are due on February 18, 2026. Nevertheless, the disposition of the United States' Motion for Continuance may continue the due date for proposed jury instructions and requested voir dire questions. The jury instructions will involve considering legal complexity, and the voir dire will include significant issues for consideration in the selecting of a fair and impartial jury. Moreover, the defendant may request a waiver of the jury trial which would make

the drafting of the jury instructions moot. Therefore, the United States moves the Court to stay the pre-trial deadlines, pending disposition of the motion to continue the March 4, 2026, trial date.

3.

Counsel for the government has spoken to counsel for the defendant, John McLindon, regarding this request and he is unopposed.

WHEREFORE the United States requests that this Honorable Court to stay the pre-trial deadlines pending disposition the United States Motion to Continue the trial. currently set for March 4, 2026, the pre-trial conference scheduled for February 24, 2026, and any related deadlines.

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Jeremy S. Johnson
Jeremy S. Johnson, TXBN 24094755
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: jeremy.johnson@usdoj.gov

/s/ Edward H. Warner
Edward H. Warner, LBN 35580
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: edward.warner@usdoj.gov

/s/ Allen L. Ross
Allen L. Ross, LBN 36654
Special Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: allen.ross@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | : CRIMINAL NO. 25-181-JWD-EWD |
| | : |
| EVODIO MERIDA-TAVERA | : |

# **ORDER**

Having considered the United States' Unopposed Motion to Stay Pre-Trial Deadlines Pending Resolution of the United States' Motion to Continue,

IT IS ORDERED that the motion is **GRANTED** and any pre-trial deadlines are hereby stayed until the United State Motion to Continue the March 4, 2026 trial date is resolved.

Baton Rouge, Louisiana this ____ day of February 2026.

JOHN W. deGRAVELLES, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA