UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES**

**VERSUS**                                                                                       **NO. 25-cr-181-JWD-EWD**

**EVODIO MERIDA-TAVERA**

### DEFENDANT'S OPPOSITION TO UNITED STATES' MOTION TO CONTINUE TRIAL, PRE-TRIAL CONFERENCE, AND PRE-TRIAL DEADLINES [Doc. 18]

**NOW INTO COURT,** through undersigned counsel, comes defendant **EVODIO MERIDA-TAVERA**, who responds in opposition to the Government's Motion to Continue, to wit:

1.

The defendant, Evodio Merida-Tavera was indicted on December 17, 2025. This matter is set for jury trial on March 4, 2026.

2.

Mr. Merida-Tavera is charged with assaulting a federal officer in violation of 18 U.S.C. §111(a)(1).

3.

This is not a complicated case. There are very few documents. Although the United States maintains in Paragraph 4 that discovery consists of voluminous financial and employment records, none of those have anything to do with the charges in this case.

4.

There are a few videos of the incident, both captured by body camera of the officers as well as a surveillance video from a camera attached to the building where this accident took place. Those videos are very short.

5.

There are numerous jail calls which are in Spanish that need to be interpreted. The Government makes reference in Paragraph 2 of a "463-page Spanish language transcription" of the jail calls from West Baton Rouge Parish. It is important to note that this transcript is the written Spanish translation of 35 of the calls at the West Baton Rouge Jail. This document only helps assist in the translation of the calls. Also, "463" pages may sound voluminous, but in actuality this transcript is printed in landscape format, double spaced, with large margins, headers, and footers. Defense counsel can have all calls from both facilities translated prior to trial.

6.

The case would not qualify as a complex case under the Speedy Trial Act.

7.

There are currently three Assistant US Attorneys enrolled and working on this case, as well as support staff.

8.

In addition, undersigned counsel has spoken with his client, who agrees to waive a jury trial and have this matter heard by the Court. It appears that the United States will agree likewise to have this matter heard by the Court.

9.

For all the reasons set forth herein, the defense opposes any continuance of the trial of this matter.

>Respectfully submitted:
>/s/John S. McLindon
>John S. McLindon
>Attorney at Law   LA Bar No.19703
>7967 Office Park Blvd., Suite B
>Baton Rouge  LA  70809
>Telephone: 225-408-0362
>Cell: 225-603-6493
>Email: john@mclindonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th of February, 2026, the foregoing Opposition has been filed electronically with the Clerk of Court using CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

>/s/John S. McLindon
>JOHN S. McLINDON