**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MINUTE ENTRY:**
**JUNE 24, 2026**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**UNITED STATES OF AMERICA**

**VERSUS**

**EVODIO MERIDA-TAVERA**

**CRIMINAL**

**NO.  25-181-JWD-EWD**

**MINUTE ENTRY OF**
**BENCH TRIAL-DAY 2**

The bench trial before District Judge John W. deGravelles continued.

Present:     Jeremy Shane Johnson and Allen Levy Ross
             **Counsel for the United States**

             John S. McLindon
             **Counsel for Defendant**

             Evodio Merida-Tarvera
             **Defendant**

The interpreters, **Jose Lopez and Silvia Gomez-Juarez,** previously sworn, continued to interpret this proceeding.

**Adam Hyde** returned to the stand and continued to testify.

The United States rested.

Defendant moved for Judgment of Acquittal under Rule 29(a).  Counsel presented arguments.  For oral reasons assigned, the Defendant's Motion for Judgment of Acquittal under Rule 29(a) is **DENIED**.

The Court recessed briefly.

After returning, counsel for Defendant advised the Court that the Defendant does not wish to testify.

The Defendant rested.

The United States informed the Court it did not wish to present rebuttal evidence.

Additional exhibits were admitted:  Defendant's exhibit 3 and United States Exhibits 4-e, 4-f and 4-g.

Without objection, the Court informed counsel that a written ruling will be issued within 14 days of receiving the simultaneous briefs from counsel.

**IT IS ORDERED** that simultaneous briefing, not to exceed 25 pages, shall be filed by **5:00 p.m. on July 1, 2026.** When referencing exhibits in their briefs, the parties should provide page numbers/bates numbers and/or timestamps.

Pursuant to Local Rule 79 (e) 2 and 3, the party offering exhibits shall retain custody of the physical exhibits and be responsible to the Court for preserving them in their condition as of the time admitted until any appeal is resolved or the time for appeal has expired. The party retaining custody shall make such exhibits available to opposing counsel for use in preparation of an appeal and be responsible for their safe transmission to the appellate court, if required.

Signed in Baton Rouge, Louisiana, on June 24, 2026.

Cr 5 T: 1:30
REPORTER: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**