AO 245B (Rev. 11/25)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>EVODIO MERIDA-TAVERA | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  3:25CR00181-JWD-EWD<br><br>USM Number:<br><br>John S. McLindon<br><hr>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | | | |

The defendant is sentenced as provided in pages 2 through __1__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)  18 U.S.C. § 111(a)(1) or § 111(b).

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/14/2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

John W. deGravelles
_____
Name and Title of Judge

7/14/2026
_____
Date